142

SEALE MOTOR COMPANY, Inc., Appellant,

v.

Roy L. LONGSWORTH, Appellee.

Court of Appeals of Kentucky.

Dec. 16, 1955.

Alva A. Hollon, Hazard, for appellant.

A. E. Cornett, Hyden, for appellee.

PER CURIAM.

This case is before us on motion for an appeal to review a judgment awarding the plaintiff, Roy L. Longsworth, the sum of $600 for delay in the repair of his damaged truck.

We have examined the evidence and the record and conclude the motion for an appeal should be overruled and the judgment, therefore, is affirmed.